1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

11    ADRIAN A. SAMPSON, an individual,       Case No.:  17cv233-GPC(BGS)

12                              Plaintiff,
                                             **ORDER DENYING PLAINTIFF'S**
13    v.                                      **MOTION TO EXCLUDE EXPERT**
                                             **TESTIMONY AND REPORT OF**
14    VITA-MIX CORPORATION, an OHIO           **MATTHEW F. CARROLL, M.D.**
      Corporation,
15
                                             **[Dkt. No. 31.]**
16                            Defendant.

17

18         Plaintiff filed a motion to preclude expert testimony and report of Matthew F.

19    Carroll, M.D. in conjunction with Defendant's motion for summary judgment. (Dkt. No.

20    31.)  The motion is fully briefed.  Dr. Carroll's declaration is cited to in the introduction

21    of the motion for summary judgment and in Defendant's separate statement of undisputed

22    facts.  (Dkt. No. 34-1 at 8; Dkt. No. 39-1, D's Reply to P's Response to D's SSUF at 2-

23    3.)  Plaintiff objected to the separate statement of undisputed facts arguing that Dr.

24    Carroll's opinions are not material or admissible and cite to their motion to exclude.

25    (Dkt. No. 39-1, D's Reply to P's Response to D's SSUF at 2-3.)  Defendant replied

26    stating these "introductory facts were offered for general background and not as material

27    facts necessary to any of the issues raised in this motion for summary."  (Id.)  The

28    Scheduling Order in the case provides that "other pretrial motions, including those

                                             1

1 | addressing Daubert issues related to dispositive motions must be filed by **March 5,**

2 | **2018**." (Dkt. No. 16.)  Since Dr. Carroll's opinion is not relevant to the motion for

3 | summary judgment, the Court DENIES Plaintiff's motion to exclude subject to refiling

4 | once the Court sets a hearing on motions in limine at the pretrial conference.

5 |     IT IS SO ORDERED.

6 | Dated:  June 21, 2018

7 | Hon. Gonzalo P. Curiel

8 | United States District Judge

17cv233-GPC(BGS)